# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1378
Lower Tribunal No. 2021-CC-002928-O

_____

OLIVIA ESTHER HERNANDEZ,

Appellant,

v.

SECURITY FIRST INSURANCE COMPANY,

Appellee.

_____

Appeal from the County Court for Orange County.
Carly S. Wish, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellant.

Angela C. Flowers, of Kubicki Draper, Ocala, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED